### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DC LLC,

    Plaintiff,

v.   Civil Action No. 1:18-CV-115
    Judge Irene M. Keeley

FIRST MERCURY INSURANCE
COMPANY,

    Defendant.

### NOTICE OF MEDIATION

Please take notice that on the 30th day of August, 2018, at 9:30 a.m., mediation in the above-styled matter will be held at the offices of Spilman Thomas & Battle, PLLC, at 48 Donley Street, #800, Morgantown, West Virginia, 26507 in the above referenced case with Steven Dalesio, Esq. serving as the mediator.

Respectfully submitted this 7th day of August, 2018.

    /s/ J. Tyler Slavey
    William C. Brewer, Esq.
    W. Va. State Bar No. 448
    wbrewer@brewerlaw.com
    J. Tyler Slavey, Esq.
    W. Va. State Bar No. 10786
    tyler@bglawhelp.com
    Brewer & Giggenbach, PLLC
    P.O. Box 4206
    Morgantown, WV 26504
    (304) 291-5800
    (304) 291-5829 – fax

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of August, 2018, I electronically filed the foregoing *Notice of Mediation* with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following CM/ECF participants:

Don C. A. Parker, Esq,
W. Va. Bar 7766
dparker@spilmanlaw.com
Spilman Thomas & Battle, PLLC
P.O. Box 273
Charleston, WV 25321
(304) 340-3800
(304) 340-3801 – fax


Kristin V. Gallagher, Esq.
WV PHV-28958
Joshua S. Wirtshafter, Esq.
WV PHV-34789
Kennedys CMK LLP
120 Mountain View Boulevard
P.O. Box 650
Basking Ridge, New Jersey 07920
(908) 848-6300
(908) 848-3610 – fax

Harvey D. Peyton, Esq.
W. Va. State Bar 2890
hdpeyton@peytonlawfirm.com
Thomas H. Peyton, Esq.
W. Va. State Bar 8841
thpeyton@peytonlawfirm.com
2801 First Avenue
P.O. Box 216
Nitro, WV 25143
(304) 755-5556
(304) 755-1255
*Counsel for Brent Sears, Personal Representative, Estate of Carli Elizabeth Sears, deceased.*

*/s/ J. Tyler Slavey*_____
William C. Brewer, Esq.
W. Va. State Bar No. 448
wbrewer@brewerlaw.com
J. Tyler Slavey, Esq.
W. Va. State Bar No. 10786
tyler@bglawhelp.com
Brewer & Giggenbach, PLLC
P.O. Box 4206
Morgantown, WV 26504
(304) 291-5800
(304) 291-5829 – fax