FILED

NOV 16 2018

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DC LLC,

    Plaintiff,

v.                                            CIVIL ACTION NO.: 1:18-CV-115
                                              HONORABLE JUDGE KEELEY

FIRST MERCURY INSURANCE
COMPANY

    Defendant.

## AGREED DISMISSAL ORDER

COME NOW the Plaintiff, DC, LLC, by counsel, the Defendant, First Mercury Insurance Company, by counsel, and the intervening party, Brent Sears, personal representative of the estate of Carli Elizabeth Sears, by counsel, and report to the Court that all matters in controversy between the parties hereto have been fully compromised and settled.

It is therefore, ORDERED, ADJUDGED, AND DECREED that the above civil action be dismissed with prejudice from the Court's docket, with each party to bear its owns costs.

The Court DIRECTS the Clerk to transmit copies of this Order to counsel of record.

ENTER this 16th day of November, 2018.

                                                                  _Irene M. Keeley_
                                                                    IRENE M. KEELEY
                                                                    UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED FOR ENTRY BY:

*/s/ Kristin Gallagher*
Kristin Gallagher, Esq.
WV PHV Bar No. 28958
Joshua Wirtshafter
WV PHV Bar No. 34789
Kennedys CMK LLP
120 Mountain View Boulevard
Basking Ridge, NJ  07920

*/s/ Thomas H. Peyton*
Harvey D. Peyton, Esq.
WV State Bar No.  2890
Thomas H. Peyton, Esq.
WV State Bar No. 8841
Peyton Law Firm, PLLC
2801 First Avenue
P.O. Box 216
Nitro, WV  25143

*/s/  J. Tyler Slavey*
William C. Brewer, Esq.
W. Va. State Bar No. 448
J. Tyler Slavey, Esq.
W. Va. State Bar No. 10786
Brewer & Giggenbach, PLLC
P.O. Box 4206
Morgantown, WV 26504